1
2
3
4
5
6
7
8
9
10
11
12

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

13

| SHERMAN JOHNSON, | ) | No. C 09-05032 JF (PR) |
|---|---|---|
| Plaintiff, | ) | ORDER OF DISMISSAL |
| vs. | ) | |
| STATE OF CALIFORNIA, et al., | ) | |
| Defendants. | ) | |

14
15
16
17
18
19

20         On October 21, 2009, Plaintiff filed the instant civil rights complaint in pro se

21    pursuant to 42 U.S.C. § 1983.  The Court dismissed the first amended complaint with

22    leave to amend on September 29, 2010.  On October 27, 2010, the copy of the order of

23    dismissal mailed to Plaintiff was returned by mail to the Clerk of the Court as

24    undeliverable because Plaintiff was no longer in custody.  (Docket No. 14.)  As of the

25    date of this order, Plaintiff has not updated his address with the Court or submitted any

26    further pleadings in this case.

27         Pursuant to Northern District Local Rule 3-11 a party proceeding pro se must

28    promptly file a notice of change of address while an action is pending.  See L.R. 3-11(a).

Order of Dismissal
P:\PRO-SE\SJ.JF\CR.09\Johnson05032_dism3-11.wpd          1

1   The Court may, without prejudice, dismiss a complaint when: (1) mail directed to the <u>pro</u>

2   <u>se</u> party by the Court has been returned to the Court as not deliverable, and (2) the Court

3   fails to receive within sixty days of this return a written communication from the <u>pro</u> <u>se</u>

4   party indicating a current address.  <u>See</u> L.R. 3-11(b).

5          More than sixty days have passed since the Court's order addressed to Plaintiff

6   was returned as undeliverable.  The Court has not received a notice from Plaintiff of a

7   new address.  Accordingly, the instant civil rights action is DISMISSED without

8   prejudice pursuant to Rule 3-11 of the Northern District Local Rules.

9          The Clerk shall terminate any pending motions.

10         IT IS SO ORDERED.

11   DATED: _____2/22/11_____

JEREMY FOGEL
12                                             United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order of Dismissal
P:\PRO-SE\SJ.JF\CR.09\Johnson05032_dism3-11.wpd          2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SHERMAN JOHNSON JR,

               Plaintiff,

  v.

State of California, et al.,

               Defendants.

_____ /

Case Number: CV09-05032 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on ____3/7/11_____ , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Sherman Johnson F-63133
Deuel Vocational Institution
P.O. Box 600
DVI-J-Wing #116
Tracy, CA 95378

Dated: ____3/7/11_____

                            Richard W. Wieking, Clerk